NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KITE PHARMA, INC.,**
*Appellant*

v.

**SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH,**
*Appellee*

---

2017-1647

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01719.

---

**JUDGMENT**

---

EDWARD GEORGE DANE, Munger, Tolles & Olson LLP, Los Angeles, CA, argued for appellant. Also represented by ARIEL GREEN, ADAM R. LAWTON, JEFFREY I. WEINBERGER.

MORGAN CHU, Irell & Manella LLP, Los Angeles, CA, argued for appellee. Also represented by MICHAEL RICHARD FLEMING, ALAN J. HEINRICH, ELIZABETH C. TUAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 6, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |